CITY ELECTRIC RAILWAY CO. *v.* OFFICERS OF COURT *et al.*

FISH, J. When a judge is calling a docket for the exclusive purpose of assigning the cases thereon for trial at a future time, and an attorney for the plaintiff in a given case, when the same is reached, announces merely as a reason for not setting the same for trial that said case will be dismissed, but does not move to then and there dismiss it, the judge can not properly force the parties to make an immediate and final disposition of the case, either by dismissal or otherwise.     *Judgment reversed. All the Justices concurring.*

Argued April 5, — Decided April 26, 1901.

Taxation of costs. Before Judge Henry. Floyd superior court. December 18, 1900.

*R. A. Denny* and *Nat. Harris,* for plaintiff in error.

*G. A. H. Harris & Son, R. L. Chamlee,* and *Fouché & Fouché* contra.

---

NEAL *v.* SOUTHERN RAILWAY COMPANY.

LITTLE, J. It being apparent that the plaintiff himself was negligent, and also that he could have avoided the consequences of the defendant's negligence (if it was negligent) by the exercise of ordinary care, there was no error in the grant of a nonsuit.     *Judgment affirmed. All the Justices concurring.*

Submitted April 5, — Decided April 26, 1901.

Action for damages. Before Judge Janes. Haralson superior court. November 7, 1900.

*J. M. McBride,* for plaintiff.     *H. M. Dorsey,* for defendant.